312    COURT OF ERRORS AND APPEALS.

Naylor v. Penna. R. R. Co.            *70 N. J. L.*

JOSEPH NAYLOR, DEFENDANT IN ERROR, v. PENNSYL-
VANIA RAILROAD COMPANY, PLAINTIFF IN ERROR.

Argued November 27, 1903—Decided May 13, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Charles E. Gummere (Alan H.
Strong,* on his brief).

For the defendant in error, *Aaron V. Dawes.* .

. The opinion of the court was delivered by

SWAYZE, J. · This case was argued with the case of Bailey *v.*
Pennsylvania Railroad Company, just decided, as if it pre-
sented the same question. But in this case the record fails
to show when the West Virginia attachment was issued,
whether at the time any debt was due from the garnishee to
the present plaintiff, or what, if anything, was attached. All
that appears is that an attachment was, served upon the
present defendant in an action to recover a debt due from
the present plaintiff and that notice was given by the railroad
company to Naylor. For aught that this record discloses,
the attachment might have been served a year before the
wages now sued for were earned. Manifestly such a record
discloses no defence.

The judgment should be affirmed.

*For affirmance*—THE CHIEF JUSTICE, DIXON, HENDRICK-
SON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM,
GREEN, GRAY. 10.

*For reversal*—None.